**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DONALD RAY WILBANKS, II                                                                    PLAINTIFF

V.                                         NO: 3:08CV00064 SWW/HDY

CRAIGHEAD COUNTY
DETENTION CENTER *et al.*                                                              DEFENDANTS

<u>**ORDER**</u>

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed.  After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendant Craighead County Detention Center are DISMISSED WITH PREJUDICE, and its name is removed as a party Defendant.

DATED this 24th  day of June, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE