**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

DONALD RAY WILBANKS, II                                            PLAINTIFF
ADC #131476

V.                                    NO: 3:08CV00064 HDY

CRAIGHEAD COUNTY
DETENTION CENTER *et al.*                                          DEFENDANTS


## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this __31__ day of October, 2008.

_____
UNITED STATES MAGISTRATE JUDGE